**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01258-CV

**CATHERINE ROSSI, Appellant**

**V.**

**CAE INC. AND CAE SIMUFLITE, INC., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02898**

## ORDER

Before the Court is appellant's February 1, 2019 second motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **February 15, 2019**.

/s/     BILL WHITEHILL
        JUSTICE